■ ROBERT BOASBERG, Doing Business as BUFFALO INDUSTRIAL PARK, Respondent, v WEYERHAEUSER COMPANY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same memorandum as in *Boasberg v Weyerhaeuser Co.* ([appeal No. 1] 155 AD2d 989 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Notaro, J.—settle record on appeal.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.